# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kelli A. Stein**
                Plaintiff
  vs.                           **CASE NUMBER: 3:12-CV-1510 (FJS/DEP)**

**Johnson City School District**
                Defendant

**Decision by Court.**   This action came to hearing before the Court.
                             The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion for Judgment on the Pleadings is GRANTED, therefore Judgment is entered in favor of defendant, Johnson City School District and this action is closed.

The Court will not issue sanctions in this case.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated 10/7/2013 and 10/17/2013.

DATED: October 17, 2013

                                                          Clerk of Court

                                                          s/

                                                          Joanne Bleskoski
                                                          Deputy Clerk